UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-05505-SSC Date: September 30, 2026

Title Manuel Salvador Diaz Gonzalez v. James Janecka, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing Respondents to File Bond Hearing Transcript**

On September 21, 2026, Petitioner Manuel Salvador Diaz Gonzalez filed a petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner is a noncitizen in immigration detention in Adelanto, California. (ECF 1 at 1, 3.)

On August 26, 2026, Petitioner received a bond hearing at which the immigration judge denied bond because he found Petitioner to be "such a significant flight risk that no amount of bond and/or alternatives of detention would be appropriate." (ECF 1-2 at 279.)

The Court ORDERS Respondents to file no later than **October 5, 2026**, a copy of any transcript from the August 26, 2026 hearing. If no

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-05505-SSC Date: September 30, 2026

Title Manuel Salvador Diaz Gonzalez v. James Janecka, et al.

hearing transcript, informal or official, is available, Respondents should provide a copy of the audio recording.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**